William H. Pillsbury, Esq.
Bar No. 017202004
The Law Offices of William H. Pillsbury PLLC
3959 Welsh Road, #333
Willow Grove, Pennsylvania 19090
Telephone: 267-518-3445
Electronic Mail: wpillsbury@whplawoffices.com

*Counsel for Plaintiff Christopher Leong*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER LEONG, | ) Case No. 19-cv-12424-JHR-JS |
| | ) |
| Plaintiff, | ) **MOTION FOR PRELIMINARY** |
| | ) **APPROVAL OF PROPOSED** |
| v. | ) **SETTLEMENT WITH CROWN NJ** |
| | ) **GAMING INC. AND CROWN** |
| CROWN NJ GAMING INC. and | ) **GAMING INC. AND APPROVAL OF** |
| CROWN GAMING INC., | ) **THE PROPOSED NOTICE OF THE** |
| | ) **SETTLEMENT** |
| Defendants. | ) |
| | *Document Filed Electronically* |

**TO:**   **CROWN NJ GAMING INC.**
             **CROWN GAMING INC.**
             c/o James E. Cecchi, Esq.
             Lindsey H. Taylor, Esq.
             CARELLA, BYRNE, CECCHI, OLSTEIN,
             BRODY & AGNELLO, P.C.
             5 Becker Farm Road
             Roseland, NJ  07068

**PLEASE TAKE NOTICE** that on May 18, 2020, or on a date and time to be set by the Court, Plaintiff Christopher Leong ("Plaintiff"), by and through his undersigned counsel, shall appear before the Honorable Joseph H. Rodriguez, U.S.J., **Mitchell H. Cohen Building & U.S. Courthouse,** 4th & Cooper Streets, Camden, NJ  08101, and shall move this Court for preliminary approval of a proposed Settlement with Defendants Crown NJ Gaming Inc. and Crown Gaming Inc.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Plaintiffs shall rely upon the Brief in Support of the Motion and the Settlement Agreement with Exhibits. A proposed form of Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs hereby request that their Motion be considered for a ruling on the papers only.

Date: April 17, 2020

Respectfully submitted,

*/s/ William H. Pillsbury*
William H. Pillsbury, Esq.
Bar No. 017202004
The Law Offices of William H. Pillsbury PLLC
3959 Welsh Road, #333
Willow Grove, Pennsylvania 19090
Telephone: 267-518-3445
Electronic Mail: wpillsbury@whplawoffices.com

*Counsel to the Plaintiff Christopher Leong*