William H. Pillsbury, Esq.
Bar No. 017202004
The Law Offices of William H. Pillsbury PLLC
3959 Welsh Road, #333
Willow Grove, Pennsylvania 19090
Telephone: 267-518-3445
Electronic Mail: wpillsbury@whplawoffices.com

*Counsel for Plaintiff Christopher Leong*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER LEONG, | ) Case No. 19-cv-12424-JHR-JS |
| | ) |
| Plaintiff, | ) **NOTICE OF UNOPPOSED MOTION** |
| | ) **TO GRANT FINAL APPROVAL OF** |
| v. | ) **PROPOSED CLASS ACTION** |
| | ) **SETTLEMENT** |
| CROWN NJ GAMING INC. and | ) |
| CROWN GAMING INC., | ) **Motion Day: September 16, 2020** |
| | )                 **at 10:30 a.m.** |
| Defendants. | ) |
| | *Document Filed Electronically* |

**TO:**  **CROWN NJ GAMING INC.**
   **CROWN GAMING INC.**
   c/o James E. Cecchi, Esq.
   Lindsey H. Taylor, Esq.
   CARELLA, BYRNE, CECCHI, OLSTEIN,
   BRODY & AGNELLO, P.C.
   5 Becker Farm Road
   Roseland, NJ  07068

**PLEASE TAKE NOTICE** that on September 16, 2020 at 10:30 a.m., as set forth in the May 19, 2020 Preliminary Approval Order (Dkt. No. 30), Plaintiff Christopher Leong ("Plaintiff"), by and through his undersigned counsel, shall appear before the Honorable Joseph H. Rodriguez, U.S.J., at the **Mitchell H. Cohen Building & U.S. Courthouse,** 4th & Cooper Streets, Camden, NJ  08101, and shall move this Court for an entry of an order granting final approval of a certification of a settlement class and proposed class action settlement.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Plaintiffs shall rely upon the Brief in Support of the Motion and the attachments thereto.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(e), a proposed form of Order is also submitted for the Court's consideration.

Date: June 17, 2020                                Respectfully submitted,

                                                          */s/ William H. Pillsbury*
                                                          William H. Pillsbury, Esq.
                                                          Bar No. 017202004
                                                          The Law Offices of William H. Pillsbury PLLC
                                                          3959 Welsh Road, #333
                                                          Willow Grove, Pennsylvania 19090
                                                          Telephone: 267-518-3445
                                                          Electronic Mail: wpillsbury@whplawoffices.com

                                                          *Counsel to the Plaintiff Christopher Leong*